THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
WILLIAM WADE, Appellant.

Submitted April 6, 1953; decided April 16, 1953.

Motion for reargument denied. [See 291 N. Y. 574.]

JESSIE C. SANFORD, Individually and as Executrix of HOWARD
R. SANFORD, Deceased, Appellant, *v.* STATE TAX COMMISSION
et al., Respondents.

Submitted April 6, 1953; decided April 16, 1953.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary,
Jr.,* of counsel), for motion.

*William D. Krebs* opposed.

Motion granted and appeal dismissed, with costs and $10
costs of motion, unless, within ten days from the date of this
order, a judgment is entered upon the order of the Appellate
Division appealed from and appellant thereafter duly files a
notice of appeal to the Court of Appeals from said judgment
and pays $10 costs, in which events motion denied.